**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Shalonda Lisa Jarvis,<br><br>      Debtor. | Case No. 24-10721-pmm<br><br>Chapter 13 |
| Shalonda Lisa Jarvis,<br><br>      Plaintiff,<br><br>v.<br><br>Anchored Finance,<br><br>      Defendant. | Adversary No. 24-00043-pmm |

### Certificate of Service

    I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, by regular, first-class United States mail, postage pre-paid, addressed to:

Anchored Finance
45 Industrial Park Road West
Suite 1
Tolland, CT 06084

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 12, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com