# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Shalonda Lisa Jarvis,<br><br>       Debtor. | Case No. 24-10721-pmm<br><br>Chapter 13 |
| Shalonda Lisa Jarvis,<br><br>       Plaintiff,<br><br>       v.<br><br>Anchored Finance,<br><br>       Defendant. | Adversary No. 24-00043-pmm |

**Plaintiff's Motion for Temporary Restraining Order
and Preliminary Injunction**

**AND NOW**, Plaintiff Shalonda Lisa Jarvis, by and through her attorney, hereby moves this Court pursuant to Federal Rule of Bankruptcy Procedure 7065 for a Temporary Restraining Order and Preliminary Injunction against Defendant Anchored Finance on the basis of:

1. The Plaintiff's Complaint.
2. Without immediate relief from this Court, the Plaintiff will suffer irreparable harm.
3. The Plaintiff is very likely to prevail in this proceeding.

**NOW, THEREFORE**, the Plaintiff asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: March 12, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com