# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Shalonda Lisa Jarvis,<br><br>       Debtor. | Case No. 24-10721-pmm<br><br>Chapter 13 |
| Shalonda Lisa Jarvis,<br><br>       Plaintiff,<br><br>v.<br><br>Anchored Finance,<br><br>       Defendant. | Adversary No. 24-00043-pmm |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction along with the notice on the following parties by first class mail or through the CM/ECF system:

Anchored Finance
45 Industrial Park Road West
Suite 1
Tolland, CT 06084

Date: March 12, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com