# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Shalonda Lisa Jarvis,<br><br>       Debtor. | Case No. 24-10721-pmm<br><br>Chapter 13 |
| Shalonda Lisa Jarvis,<br><br>       Plaintiff,<br><br>v.<br><br>Anchored Finance,<br><br>       Defendant. | Adversary No. 24-00043-pmm |

## Amended Certificate of Service

    I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, by regular, first-class United States mail, postage pre-paid, addressed to:

    Chief Executive Officer
    Anchored Finance
    45 Industrial Park Road West
    Suite 1
    Tolland, CT 06084

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 12, 2024

                                                           /s/ Michael I. Assad
                                                          Michael I. Assad (#330937)
                                                          Cibik Law, P.C.
                                                           1500 Walnut Street, Suite 900
                                                           Philadelphia, PA 19102
                                                           215-735-1060
                                                           mail@cibiklaw.com