# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Shalonda Lisa Jarvis,<br><br>　　　　　Debtor. | Case No. 24-10721-pmm<br><br>Chapter 13 |
| Shalonda Lisa Jarvis,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Anchored Finance,<br><br>　　　　　Defendant. | Adversary No. 24-00043-pmm |

**Notice of Voluntary Dismissal**

　　　Pursuant to Fed. R. Civ. P. 41 and Fed. R. Bankr. P. 7041, Plaintiff Shalonda Lisa Jarvis, by and through her attorney, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as to all claims and defendants.

Date: March 21, 2024

　　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　By: /s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com